IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IBNAWAAN SAFEEULLAH, <br> Movant, | : <br> : <br> : | 28 U.S.C. § 2255 <br> <br> CRIMINAL INDICTMENT NO. |
| v. | : <br> : | 1:10-CR-0001-WBH |
| UNITED STATES OF AMERICA, <br> Respondent. | : <br> : | CIVIL FILE NO. <br> 1:13-CV-1238-WBH |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation ("R&R") [Doc. 104], in which the Magistrate Judge recommends denying the pending § 2255 motion and a certificate of appealability. Movant has filed his objections [Doc. 106], as supplemented [Doc. 110], and this Court must perform a *de novo* review of those portions of the R&R to which Plaintiff has objected. Having performed such a review, this Court concludes that the Magistrate Judge's findings and conclusions are correct. As such, this Court hereby **ADOPTS** the R&R as the Order of this Court. The § 2255 motion [Doc. 97] and a certificate of appealability are **DENIED** and the above-styled civil action is **DISMISSED**.

IT IS SO ORDERED, this 10th day of September, 2014.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)